## STATEMENT OF FACTS

On Monday October 26, 2020 at approximately 3:30pm EST a Federal Bureau of Investigation ("FBI") Washington Field Office Task Force Officer was acting in an undercover ("UC") capacity as part of the Metropolitan Police Department-FBI ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC received information from an undercover FBI agent assigned to the Dallas, Texas Division. This agent informed the undersigned that he was actively communicating with a KIK[1] user using the screen name, "███████" The agent informed the UC that this user sent him images and videos depicting child pornography and communicated a sexual interested in children. This agent informed the UC that "███████" informed him that he was residing in the Washington DC area. This agent provided "███████" the undersigned's KIK screen name and informed "███████" that he (undersigned) was the father of an underage child.

On Monday October 26, 2020, KIK user "███████" subsequently identified as the defendant, Joseph Arnold initiated a private KIK conversation with the undersigned. During the course of the conversation Arnold stated that he was a 38 year-old male residing in Chesapeake, Virginia and working in the DC area. Arnold stated that he had the same interests as the person who he was communicating with in Dallas (the Dallas undercover agent), and stated that he had a 2 year-old son but wished he had a daughter. Arnold sent the UC an image of himself holding his clothed son on his shoulders. Arnold's face is visible from the bridge of his nose to the top of his head. Arnold informed the UC that he, "was always hoping to find someone close to [him] with the same interests." The UC informed Arnold that he is separated with shared custody of his

---

[1] KIK is an instant messaging mobile application where one can transmit and receive messages, photos, and videos. Users can communicate privately with other users or in groups

Case: 1:20-mj-00224
Assigned to: Judge Robin M. Meriweather
Assigned Date: 11/6/2020
Description: COMPLAINT W/ ARREST WARRANT

8 year-old daughter. The UC further informed Arnold that he was sexually active with his daughter.

Arnold informed the UC that he has a sexual interest in females 8 and up and stated that he had lots of videos. Arnold informed the UC that he would send him some if he would like. Arnold sent the following videos/images to the UC on October 26, 2020:

1. An image of a prepubescent child sitting on a bed naked. The child's legs are crossed and her bare vagina is visible.
2. A video of a prepubescent girl sitting on a floor naked. The child is masturbating her vagina with her fingers and a blue in color sex toy.
3. A video of a prepubescent female child. The child is sitting naked on a bathroom floor. The child is exposing and masturbating her bare vagina. The child exposes her bare anus.
4. A video depicting a prepubescent child wearing shorts and a pink shirt. The child is standing and appears to be typing on computer keyboard. The child pulls down her pants and exposes her bare vagina.

After sending the above listed videos, Arnold stated, "I got hundreds more." During the course of the chat Arnold sent the UC an additional video. The video depicted an adult female digitally penetrating two prepubescent females' vaginas. The video also depicts a prepubescent girl sucking the penis of a prepubescent boy and a prepubescent female licking the vagina of a prepubescent female.

During the course of the chat Arnold asked the UC what he has done with his daughter. The following is a portion of that chat:

UC: So she sucks my dick, jerks me off, I have pressed head in her pussy but not really deep and I eat and finger her.

Arnold: That's awesome. I want so badly to eat a little girl out ☺

UC: I think it would be fucking hot to see another guy eat her little pussy

Arnold: That sounds amazing ☺

UC: I am open to it if you are

Arnold: Oh yeah I would be

UC: I have her next week if that works (UC sends two images of his purported daughter)[2]

Arnold" Yeah I'm up every tue wed and thurs ☺ So sexy

During the course of the chat the UC provided Arnold with his cell phone number, Arnold in turn provided the UC with his cell phone number, "███████" and informed the UC that his name was "Joe." Arnold informed the UC that this was not actually his cell phone number but instead a computer generated number that he uses as a cell phone. During the course of the chat the UC asked Arnold how he hides all of his child pornography. Arnold responded, "Samsung has a hidden folder and app location. I got a virtual machine with more. I collect." During the course of the chat Arnold stated, "I bet your girl is tasty ☺ Huge turn on."

Later in the chat, Arnold sent the following additional child pornography videos and images:

1. A video of a prepubescent child having vaginal intercourse with a prepubescent male. The child is being directed on what to do by an unknown female that is heard in the background.

---

[2] The images the UC sent to Arnold did not depict a real child.

2. A video depicting an adult female masturbating an adult penis in the mouth of what appears to be a young teen girl.

3. A video of a toddler girl sucking the penis of an adult male

4. An image of a prepubescent child with her legs spread exposing her bare vagina and anus.

5. A video of a prepubescent child sucking an adult male penis. The child is gagging and vomits while sucking the penis.

6. A video of two prepubescent females being vaginally penetrated by an adult male penis.

On Tuesday October 27, 2020, Arnold texted the UC and informed him that he was kicked off of KIK instant messenger for violating community standards. Arnold stated that he created a new KIK account, ███████ " During the course of the chat Arnold stated that he works in Crystal City, Virginia 3 days a week and stays at a local Marriott during those days. Arnold stated that he recently purchased a 57' boat and planned to dock it in the area and stay on it for 3 days out of the week. Arnold agreed to meet the UC and his purported daughter on Thursday November 5, 2020.

During the week of October 26, 2020, Arnold made several statements about how excited he was about meeting the UC and his daughter. The following is a portion of a text conversation between Arnold and the UC on November 2, 2020:

UC: True lol, are you still good for 730ish am on Thursday

Arnold: yeah as long as you are ☺

UC: ☺ yes, everything is still looking good

Arnold: You can cancel at anytime and I wont be offended ☺ Don't have to work tomorrow but I think I will still drive up

UC: lol, I'm good if you are and she will be fine. But if you are uneasy because of her age and don't want to play with her I totally understand that to

Arnold: I'm good lol. Huge fantasy Just don't wanna meet Chris ☺ lol

During the course of the chat Arnold informed the UC that he made him a USB drive with several gigs of material.

On Tuesday November 3, 2020, the UC continued to have a text conversation with Arnold. The following is a portion of that communication as it relates to Arnold meeting the UC on November 5, 2020:

Arnold: Wonder if I should change my hotel one night to the DC area instead of Crystal City.

UC: It's up to you, 15 min not to bad at all as far as a drive. Damn I'm getting excited for this. Besides licking her pussy anything else you have in mind with her.

Arnold: I'm open to anything really lol. Based on yours and her comforts.

UC: Sweet I'm open to you doing other stuff with her my only limits is deep penetration but everything else I'm open to. Sweet

Arnold: Totally fine with that ☺ Huge turn on thinking of her ☺

UC: Sweet, I know can't wait ☺

Arnold: Me either. Is it wrong that I'm this excited that a fantasy will be a reality?

UC: I'm excited to, really want to see her with another perv. Very turned on by that.

Arnold: We are pretty pervy huh

UC: Yes!!

Arnold: Can't wait to taste her ☺

UC: Can't wait to see your mouth on her lil pussy

Arnold: That's hot Inwamt to feel hew squirm. Feel her. Fat fingers on phone lol

UC: Mmmm yes she is really tight too, Ill lotionslube etc

Arnold: I'd love to see more of her wed night too ☺

An administrative subpoena was served on Kik c/o MediaLab requesting subscriber information associated with usernames ▓▓▓▓▓▓▓▓. In response to the subpoena for username seckure, Kik provided a display name of ▓▓▓▓," an email address of ▓▓▓▓▓▓▓▓, a device description of Samsung android SM-G950U (Galaxy S9), and T-Mobile and Cox Communications IP addresses. In response to the subpoena for username ▓▓▓▓, Kik provided a display name of "▓▓▓▓,," an email address of ▓▓▓▓▓▓▓▓, a device description of Samsung android SM-G950U (Galaxy S9), and T-Mobile and Cox Communications IP addresses.

Upon receiving this information, FBI used available open source, commercial, and law enforcement sensitive databases to fully identify the suspected user of both accounts as Joseph Arnold (▓▓▓▓▓▓▓▓) of ▓▓▓▓▓▓▓▓ with a possible T-Mobile telephone number of ▓▓▓▓. FBI Agents looked at Arnold's Virginia driver's license photograph, and it appeared to be the same individual pictured in the photograph with the child sent by the subject to the UC.

On Wednesday November 4, 2020, at approximately 9:37pm the undercover FBI agent in Dallas, Texas received a text message from Arnold with the following, "Should be fun tomorrow long as I'm not meeting chris Hansen lol." A post was attached depicting an image of Chris Hansen with the caption, "Have a seat right there. I have a few questions for you."[3]

On Thursday November 5, 2020, at approximately 6:09am the UC began communicating with Arnold. Arnold stated, "Just got cleaned up and getting ready to check out here." Arnold, further stated, "She still sleeping?" The UC provided Arnold with the address of his purported

---

[3] Chris Hansen was the host of popular television show, "To Catch a Predator," which revolved around catching potential Internet sex predators using a sting operation.

residence in Washington, DC. The UC agreed to meet Arnold in front of his residence at 7:15 hours. At approximately 7:18am Arnold called the UC on his phone (not recorded) to inform him that he was near Girard Street. The UC informed him that he was at the wrong address. Arnold stated that he corrected his Google directions and informed the UC that he was approximately 8 minutes away. At approximately 0730 hours, The UC observed Arnold park an SUV into a metered parking spot on the west side of 5th Street facing southbound near the target location. Arnold exited the vehicle and pulled out his phone to pay for the meter, space 801. The UC exchanged pleasantries and asked him if he slept good last night. Arnold grinned and said, "not really." Once Arnold paid for his parking the UC and Arnold walked southbound passing the target location. The UC informed Arnold that he had to run into a store to pick up a muffin for his daughter, Arnold acknowledged, "no problem." The UC asked Arnold if he was able to complete the external drive. Arnold grinned and stated, "yes". The UC then made a prearranged signal to the arrest team and Arnold was placed under arrest on the sidewalk near the target location. The UC was also placed in handcuffs.

//

//

//

//

//

//

//

//

//

//

Arnold was transported to the FBI WFO. Arnold waived his Miranda rights and provided a video recorded statement. Arnold admitted to sending the UC videos depicting children being sexual abused (child pornography), transporting an external drive from VA to DC containing child pornography, and admitted to meeting the UC. However, Arnold stated that he was not going to follow through with the sexual acts on the minor as discussed in the chats. Arnold stated that he was going to walk to the UC's apartment to obtain the apartment number and then leave.

Respectfully submitted,

_____
Timothy Palchak
Detective
MPDC


Subscribed and sworn to before in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic reliable means, by telephone, this 6th day of November, 2020.


_____
ROBIN M. MERIWEATHER,
UNITED STATES MAGISTRATE JUDGE